| AO-10 (WP)
Rev. 1/2007 | FINANCIAL  DISCLOSURE  REPORT

FOR CALENDAR YEAR 2006 | Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)

ALAIMO, ANTHONY A. | 2. Court or Organization

U.S. District Court
So. District of Ga. | 3. Date of Report

4/24/07 |
| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior District Judge | 5a.  Report Type (check appropriate type)

___ Nomination,  Date _____

___ Initial  ___ Annual  X  Final

5b. ___ Amended Report | 6. Reporting Period

Calendar 2006 |
| 7. Chambers or Office Address

P. O. Box 944
/Brunswick, Georgia | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION                    NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions.)

1

2

3

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)
DATE                                        PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1

2

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)
DATE                SOURCE AND TYPE                                    INCOME

A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1                                                                    $

2                                                                    $

3                                                                    $

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Alaimo , Anthony A. | 4/24/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Alaimo, Anthony A. | 4/24/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, asset, or transactions.) | | | | | | | | | |
| 1 B.B.& T. | B | int. | L | T | | | | | |
| 2 Sun Trust of Brunswick | B | int | M | T | | | | | |
| 3 Bank of America | A | int. | J | T | | | | | |
| 4 United Community Bank | B | int. | M | T | | | | | |
| 5 Nuveen Ga. Bond Fund | B | int. | L | T | | | | | |
| 6 Brunswick Ga. Land | none | | M | Q | Fair Market | Appraisal | | by Glynn Cy | |
| 7 Synovis Financial Com. | Div. | B | L | T | | | | | Comm'n |
| 8 Oglethorpe Bank | D | .int. | N | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| **CLOSURE REPORT** | Name of Person Reporting<br>Alaimo,Anthony A. | Date of Report<br>4/24/07 |
|---|---|---|

## NAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## TIFICATION.

.fy that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is
ae, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable
rovisions permitting non-disclosure.

ther certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in
e with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Date _4-24-07_

NY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
 TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

## FILING INSTRUCTIONS:

signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544